```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                    Case No. 19-00485-RNO
John P. Cupelli                                                           Chapter 13
Alice A. Cupelli
         Debtors
                                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini                Page 1 of 1          Date Rcvd: May 01, 2019
                              Form ID: ntcnfhrg             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db/jdb        +John P. Cupelli,    Alice A. Cupelli,    316 Dunmore Street,    Throop, PA 18512-1145
5158542       +Carlotta Credit,    3374 Scranton/Carbondale Highway,    Blakely, PA 18447-2406
5176125       +Figi's Gifts,    c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
5158543       +One Stop Auto,    PO Box 265,    Dunmore, PA 18512-0265
5176306       +Regional Hospital of Scranton,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
5158544        Specialized Loan Servicing, LLC,    PO Box 636007,    Littleton, CO 80163-6007
5158545       +Stern & Eisenberg, PC,    1581 Main Street, Ste. 200,    Warrington, PA 18976-3403
5184593       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5159244       +E-mail/Text: bankruptcy@cavps.com May 01 2019 19:48:24      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5176123       +E-mail/Text: bankruptcy@sccompanies.com May 01 2019 19:47:50      Figi's Gallery,
                c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
5170090        E-mail/PDF: resurgentbknotifications@resurgent.com May 01 2019 19:46:58      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5170013        E-mail/Text: bkr@cardworks.com May 01 2019 19:47:49      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5185766        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2019 19:46:56
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5158920       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2019 19:47:30
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5184010       +E-mail/PDF: resurgentbknotifications@resurgent.com May 01 2019 19:46:58      PYOD, LLC,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5169017       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 01 2019 19:48:23      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5176128       +E-mail/Text: bankruptcy@sccompanies.com May 01 2019 19:47:50      Stoneberry,
                c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
5189082        E-mail/Text: bkrcy@ugi.com May 01 2019 19:48:35      UGI Utilities, Inc.,    P.O. Box 13009,
                Reading, PA 19612
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association as successor by merger to LaSalle Bank
               National Association, as Trustee for certificateholder bkgroup@kmllawgroup.com
              Mark J. Conway    on behalf of Debtor 1 John P.  Cupelli info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Mark J. Conway    on behalf of Debtor 2 Alice A.  Cupelli info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| John P. Cupelli, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:19–bk–00485–RNO |
| Alice A. Cupelli, | |
| **Debtor 2** | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **June 4, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: June 11, 2019 <br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CGambini, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 1, 2019 |

ntcnfhrg (03/18)