## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JOHN P. CUPELLI and : CHAPTER 13
        ALICE A. CUPELLI :
         Debtor(s) :
         :
        CHARLES J. DEHART, III :
        STANDING CHAPTER 13 TRUSTEE :
         Movant :
         :
        vs. :
         :
        JOHN P. CUPELLI and :
        ALICE A. CUPELLI :
         Respondent(s) : CASE NO.  5-19-bk-00485

### TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this  29th  day of April, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

       a.  Plan ambiguous – 2(c) vs. 2(E)

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

       a.  Deny confirmation of debtor(s) plan.
       b.  Dismiss or convert debtor(s) case.
       c.  Provide such other relief as is equitable and just.

       Respectfully submitted:


       /s/Charles J. DeHart, III
       Standing Chapter 13 Trustee
       8125 Adams Drive, Suite A
       Hummelstown, PA 17036
       (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

   AND NOW, this   15th   day of May, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Mark Conway, Esquire
502 South Blakely Street
Dunmore, PA   18512

        /s/Deborah A. Behney
        Office of Charles J. DeHart, III
        Standing Chapter 13 Trustee