IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **JOHN CUPELLI and ALICE CUPELLI,** | CHAPTER 13 |
| **Debtors** | CASE NO. 5-19-00485-RNO |

## DEBTORS' PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C SECTIONS 1129(a)(14), 1225(a)(7), AND 1325(a)(8) and (a)(9)

We, John and Alice Cupelli, upon our oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on June 11, 2019.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. §1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308, have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

We hereby certify that the foregoing statements made by us are true. We are aware that if any of the foregoing statements made by us are willfully false, we are subject to punishment.

_____
John P. Cupelli
Debtor

_____
Alice A. Cupelli
Debtor

Dated: May 9, 2019 , 2019