```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 19-00485-RNO
John P. Cupelli
Alice A. Cupelli                                                         Chapter 7
        Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 2              Date Rcvd: Nov 01, 2019
                              Form ID: 309A               Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2019.
db/jdb         +John P. Cupelli,    Alice A. Cupelli,    316 Dunmore Street,    Throop, PA 18512-1145
aty            +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
tr             +John J Martin (Trustee),    Law Offices of John J Martin,    1022 Court Street,
                 Honesdale, PA 18431-1925
cr             +U.S. Bank National Association,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
5158542        +Carlotta Credit,    3374 Scranton/Carbondale Highway,    Blakely, PA 18447-2406
5176125        +Figi's Gifts,    c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
5158543        +One Stop Auto,    PO Box 265,   Dunmore, PA 18512-0265
5176306        +Regional Hospital of Scranton,    c/o PASI,   PO Box 188,    Brentwood, TN 37024-0188
5158544         Specialized Loan Servicing, LLC,    PO Box 636007,    Littleton, CO 80163-6007
5158545        +Stern & Eisenberg, PC,    1581 Main Street, Ste. 200,    Warrington, PA 18976-3403
5184593        +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: info@mjconwaylaw.com Nov 01 2019 19:11:11      Mark J. Conway,
                 Law Offices of Mark J Conway PC,    502 South Blakely Street,    Dunmore, PA  18512
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Nov 01 2019 19:12:54      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
5159244        +E-mail/Text: bankruptcy@cavps.com Nov 01 2019 19:13:02      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5176123        +EDI: CBSMASON Nov 01 2019 23:13:00      Figi's Gallery,    c/o Creditors Bankruptcy Service,
                 P O Box 800849,    Dallas, TX 75380-0849
5170090         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2019 19:20:01      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5170013         E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 01 2019 19:20:10      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5185766         EDI: PRA.COM Nov 01 2019 23:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5158920        +EDI: PRA.COM Nov 01 2019 23:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5184010        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2019 19:20:12      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5169017        +EDI: JEFFERSONCAP.COM Nov 01 2019 23:13:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5176128        +EDI: CBSMASON Nov 01 2019 23:13:00      Stoneberry,    c/o Creditors Bankruptcy Service,
                 P O Box 800849,    Dallas, TX 75380-0849
5189082         E-mail/Text: bkrcy@ugi.com Nov 01 2019 19:13:06      UGI Utilities, Inc.,    P.O. Box 13009,
                 Reading, PA 19612
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association as successor by merger to LaSalle Bank
               National Association, as Trustee for certificateholder bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Mark J. Conway   on behalf of Debtor 1 John P. Cupelli info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com
         Mark J. Conway   on behalf of Debtor 2 Alice A. Cupelli info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **John P. Cupelli** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3503 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Alice A. Cupelli** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8374 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | Date case filed in chapter **13**   **2/4/19** |
| Case number:  **5:19–bk–00485–RNO** | | Date case converted to chapter **7**   **10/23/19** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | John P. Cupelli | Alice A. Cupelli |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 316 Dunmore Street <br> Throop, PA 18512 | 316 Dunmore Street <br> Throop, PA 18512 |
| 4. | **Debtor's attorney** <br> Name and address | Mark J. Conway <br> Law Offices of Mark J Conway PC <br> 502 South Blakely Street <br> Dunmore, PA 18512 | Contact phone 570 343–5350 <br> Email: info@mjconwaylaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | John J Martin (Trustee) <br> Law Offices of John J Martin <br> 1022 Court Street <br> Honesdale, PA 18431 | Contact phone 570 253–6899 <br> Email: pa36@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E−Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn−form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E−Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831−2500<br><br>Date: 11/1/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 6, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Valid photo identification and proof of social security number are required** *** | Location:<br><br>**Wm J Nealon Fed Bldg/US Courthouse, room to be determined, Washington & Linden Streets, Scranton, PA 18503** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/4/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |