In re:  
John P. Cupelli  
Alice A. Cupelli  
    Debtors

Case No. 19-00485-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2     Date Rcvd: Feb 10, 2020  
                     Form ID: ntnoshow     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2020.
```
db/jdb        #+John P. Cupelli,    Alice A. Cupelli,    316 Dunmore Street,    Throop, PA 18512-1145
cr             +U.S. Bank National Association,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
5158542        +Carlotta Credit,    3374 Scranton/Carbondale Highway,    Blakely, PA 18447-2406
5176125        +Figi's Gifts,    c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
5158543        +One Stop Auto,    PO Box 265,    Dunmore, PA 18512-0265
5176306        +Regional Hospital of Scranton,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
5158544         Specialized Loan Servicing, LLC,    PO Box 636007,    Littleton, CO 80163-6007
5158545        +Stern & Eisenberg, PC,    1581 Main Street, Ste. 200,    Warrington, PA 18976-3403
5184593        +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5159244        +E-mail/Text: bankruptcy@cavps.com Feb 10 2020 20:05:09     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5176123        +E-mail/Text: bankruptcy@sccompanies.com Feb 10 2020 20:03:31     Figi's Gallery,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
5170090         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 10 2020 20:08:23     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5170013         E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 10 2020 20:08:14     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5185766         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2020 20:08:19
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5158920        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2020 20:07:40
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5184010        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 10 2020 20:08:01     PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5169017        +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 10 2020 20:05:07     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5176128        +E-mail/Text: bankruptcy@sccompanies.com Feb 10 2020 20:03:31     Stoneberry,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
5189082         E-mail/Text: bkrcy@ugi.com Feb 10 2020 20:05:19     UGI Utilities, Inc.,    P.O. Box 13009,
                 Reading, PA 19612
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association as successor by merger to LaSalle Bank
               National Association, as Trustee for certificateholder bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Mark J. Conway    on behalf of Debtor 1 John P. Cupelli info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Mark J. Conway   on behalf of Debtor 2 Alice A. Cupelli info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| John P. Cupelli, | Chapter 7 |
| **Debtor 1** | |
| Alice A. Cupelli, | Case No. 5:19−bk−00485−RNO |
| **Debtor 2** | |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 and Debtor 2 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1 and Debtor 2.**

Any debtor opposing dismissal must file an objection with the Court on or before **March 2, 2020** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **March 2, 2020**.

**If no objections are filed by March 2, 2020, an Order will be entered dismissing the bankruptcy case of Debtor 1 and Debtor 2.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 10, 2020 |

ntnoshow (07/18)