```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-00485-RNO
John P. Cupelli                                                     Chapter 7
Alice A. Cupelli
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke           Page 1 of 2           Date Rcvd: Mar 19, 2020
                             Form ID: ordsmiss         Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
db/jdb        #+John P. Cupelli,    Alice A. Cupelli,    316 Dunmore Street,    Throop, PA 18512-1145
cr             +U.S. Bank National Association,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
5158542        +Carlotta Credit,    3374 Scranton/Carbondale Highway,    Blakely, PA 18447-2406
5176125        +Figi's Gifts,    c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
5158543        +One Stop Auto,    PO Box 265,    Dunmore, PA 18512-0265
5176306        +Regional Hospital of Scranton,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
5158544         Specialized Loan Servicing, LLC,    PO Box 636007,    Littleton, CO 80163-6007
5158545        +Stern & Eisenberg, PC,    1581 Main Street, Ste. 200,    Warrington, PA 18976-3403
5184593        +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5159244        +E-mail/Text: bankruptcy@cavps.com Mar 19 2020 19:12:47      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5176123        +EDI: CBSMASON Mar 19 2020 23:18:00      Figi's Gallery,    c/o Creditors Bankruptcy Service,
                 P O Box 800849,    Dallas, TX 75380-0849
5170090         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 19:21:01      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5170013         E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 19 2020 19:21:10      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5185766         EDI: PRA.COM Mar 19 2020 23:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5158920        +EDI: PRA.COM Mar 19 2020 23:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5184010        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 19:21:01      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5169017        +EDI: JEFFERSONCAP.COM Mar 19 2020 23:18:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5176128        +EDI: CBSMASON Mar 19 2020 23:18:00      Stoneberry,    c/o Creditors Bankruptcy Service,
                 P O Box 800849,    Dallas, TX 75380-0849
5189082         E-mail/Text: bkrcy@ugi.com Mar 19 2020 19:12:50      UGI Utilities, Inc.,    P.O. Box 13009,
                 Reading, PA 19612
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association as successor by merger to LaSalle Bank
               National Association, as Trustee for certificateholder bkgroup@kmllawgroup.com
              John J Martin (Trustee)   pa36@ecfcbis.com, trusteemartin@martin-law.net
              Mark J. Conway    on behalf of Debtor 1 John P.  Cupelli info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Mark J. Conway    on behalf of Debtor 2 Alice A.  Cupelli info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John P. Cupelli, **Debtor 1** | Chapter 7 |
| Alice A. Cupelli, **Debtor 2** | Case No. 5:19–bk–00485–RNO |

### Order

After notice and opportunity for a hearing thereon, it appearing that both Debtors failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to both Debtors.

Dated: March 19, 2020

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

ordsmiss (05/18)